FILED
2023 SEP 19 PM 12:44
CLERK
U.S. DISTRICT COURT

Name: *Constantino, Cuara R.*
Address: *4207 W 5655 S. Kearns UT 84118*
Telephone: *385-488-0503*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____DIVISION

*Constantino Cuara R.*
(Full Name)
PLAINTIFF

vs.

*Intermountain Medical Center*
*LDS Hospital*
*University of Utah Hospitals*
*American Hospital Association*
*Utah Hospital Association*
*National DME*
*Utah Dental Association*
*Walgreens, CVS Drugstore pharmacy*

DEFENDANTS

Case: 2:23-cv-00636
Assigned To : Bennett, Jared C.
Assign. Date : 9/18/2023
Description: Cuara v. Intermountain
Medical Center et al

CIVIL NO._____
(Supplied by Clerk)

RECEIVED US Dist Court-UT
SEP 18 '23 PM02:56

## A. JURISDICTION

1. Jurisdiction is proper in this court according to: *Johnson and Johnson*
*USANA Health sciences inc, Alera Home Health software,*
   a. ✓ 42 U.S.C. §1983 *Select health, molina health,*
   b. ✓ 42 U.S.C. §1985 *Obamacare (ACA) Healthcare.gov.*
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF *Constantino Cuara R*
IS A CITIZEN OF THE STATE OF *SLC UT USA*

PRESENT MAILING ADDRESS: *4207 W 5655 S*
*Kearns UT 84118*

3.  NAME OF FIRST DEFENDANT _Intermountain Medical Center_
    IS A CITIZEN OF _SLC  UT  USA_ .
    (City and State)

    IS EMPLOYED AS _USA gov_ at _SLC UT. USA_
    (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these
    claims occurred?

    YES _✓_ NO ___. If your answer is "YES" briefly explain.

    _Color of law refer to the appearance_
    _of legal authority, or an apparently_
    _legal right that may not exist_

4.  NAME OF SECOND DEFENDANT _All Defendants_
    (If applicable)

    IS A CITIZEN OF _SLC  UT  USA_
    (City and State)

    IS EMPLOYED AS _USA gov_ at _SLC  UT  USA_
    (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these
    claims occurred?

    YES _✓_ NO ___. If your answer is "YES" briefly explain.

    _Same Above_

5.  NAME OF THIRD DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
    (City and State)
    IS EMPLOYED AS_____ at _____.
    (Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___ . If your answer is "YES" briefly explain.

_____

_____

_____

6.    NAME OF FOURTH DEFENDANT _____
      (If applicable)

IS A CITIZEN OF _____
                    (city and State)

IS EMPLOYED AS _____ at _____ .
      (Position and Title if Any)          (Organization)
      Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___ . If your answer is "YES" briefly explain.

_____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.    Why are you bringing this case to court? Please explain the circumstances that led to the problem. I'M the owner of all trademarks of united states and global network, land, federal and states entities, under sha 256 fingerprint hereditary blood, malicious and misconduct KKK Act, Hatch Act

## C. CAUSE OF ACTION

1.    I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a.    (1)    Count I: _Intermountain Medical Center_

  (2)    Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

_18 U.S.C 1031 major fraud against the united state of America, 18 U.S.C section 1030 fraud of computer, 18 U.S.C. 2-2379 pyramid scheme promotional scheme penal code section 327, 18 U.S.C code 1348 securities and commodities fraud 18 U.S.C code section 2381 federal crime of treason "RICO" charges_

b.    (1)    Count II: _All Defendants_

  (2)    Supporting Facts: _____

c.    (1)    Count III: _____

(2)    Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1.    How have you been injured by the actions of the defendant(s)?

*Mental Diseuses*

*WE US CUR*

*DEATH*

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.    Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a.        Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    b.    Name of court and case or docket number: _____

c.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.    Issues raised: _____

_____

_____

e.    When did you file the lawsuit? _____

                                            Date     Month    Year

f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES_____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

*Damages Unspecified*

_____

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.


Executed at _SLC   UT USA_ on _09/18/_ 20_23_
         (Location)        (Date)


Signature